

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00918-CV

**IN THE INTEREST OF Z.O.M. AND K.R.M., CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CI09446
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellants' brief was originally due to be filed on March 1, 2019. This court granted appellants' first motion for extension of time, extending the deadline for filing the brief to April 1, 2019. On March 22, 2019, appellants filed a motion requesting an additional extension of time to file the brief until May 1, 2019, for a total extension of sixty-one days. The motion is GRANTED, however, **this is the final extension of time appellants will be granted.** Appellants' brief must be filed by May 1, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court